■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE GENE THOMAS, Appellant.—Case held, decision reserved and matter remitted to Cayuga County Court for further proceedings in accordance with the same memorandum as in *People v Thomas* (65 AD2d 933). (Appeal from judgment of Cayuga County Court—murder, second degree.) Present—Marsh, P. J., Moule, Simons, Dillon and Hancock, Jr., JJ.